■ ROSALIE HERMAN, Respondent, v PHILIP D. PAKULA, Appellant.—In an action *inter alia* for moneys owed pursuant to the terms of a separation agreement executed by the parties on December 30, 1971, defendant appeals from an order of the Supreme Court, Nassau County, entered March 20, 1975, which denied his motion *inter alia* to dismiss certain causes of action. Order affirmed, with $20 costs and disbursements. Upon the record on this appeal, the parties should be relegated to a full trial. Rabin, Acting P. J., Cohalan, Margett, Brennan and Shapiro, JJ., concur.

■ In the Matter of CARMEN ARROYO, on Behalf of EFRAIM GAUTHIER, JR., Appellant, v ISABELL TORREZ, Respondent.—In a habeas corpus proceeding by a mother to regain custody of her child, the appeal is from an order of the Family Court, Kings County, dated December 23, 1974, which denied the writ. Order affirmed, without costs. In this custody proceeding between the natural mother and a paternal grandmother, there was requisite evidence before the Family Court to rebut the presumption in favor of the natural mother *(People ex rel. Scarpetta v Spence-Chapin Adoption Serv.,* 28 NY2d 185). Rabin, Acting P. J., Cohalan, Margett, Brennan and Shapiro, JJ., concur.